# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

Stephen J. Markman,
Chief Justice

154529

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RONNIE MADSON, JR.,
        Plaintiff-Appellant,

v

                                    SC:  154529
                                    COA:  331605
LATOYA JASO,                     Lenawee CC:  11-037046-DC
        Defendant-Appellee.

_____/

      By order of February 3, 2017, the application for leave to appeal the August 25, 2016 judgment of the Court of Appeals was held in abeyance pending the decisions in *Ozimek v Rodgers* (Docket No. 154776) and *Marik v Marik* (Docket No. 154549).  On order of the Court, the orders having entered on November 16, 2017, 501 Mich 918-919, 919  (2017), the application is again considered.  MCR 7.305(H)(1).  In lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to that court:  (1) for a determination of whether the question presented is now moot, and (2) if not moot, for reconsideration – in light of this Court's order in *Marik v Marik*, 501 Mich 918-919 (2017) (overruling *Ozimek v Rodgers (On Remand),* 317 Mich App 69 (2016)) – of the question whether the February 2, 2016 order of the Lenawee Circuit Court that directed that the plaintiff would have parenting time every other weekend "affect[ed] the custody of a minor" within the meaning of MCR 7.202(6)(a)(iii).  We further note that this Court has opened an administrative file, ADM File No. 2017-20, to consider amending MCR 7.202(6)(a)(iii).

      We do not retain jurisdiction.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018                                  

s0314                                                Clerk